The Honorable Benjamin Settle

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| LELDON ROY OVECHKA,<br><br>Plaintiffs,<br><br>v.<br><br>PIERCE COUNTY, by and through its Pierce County Detention and Corrections Jail Health Service Division; Miguel Balderrama, personally and in his official capacity; Mary Scott, personally and in her official capacity; Judy Snow, personally and in her official capacity, Janet Rhoton, Ilene Anderson, Mercedes Kostkas, and Wilmer Melendez,<br><br>Defendants. | No. 3:15-cv-5474<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE PURSUANT TO RULE 41(a)(2)**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**August 10, 2016** |

Plaintiff Leldon Roy Ovechka moves the Court to dismiss this matter with prejudice pursuant to Rule 41(a)(2). Counsel for all defendants have been contacted and stipulate to this motion and dismissal of the case.

MOTION TO DISMISS - 1

HART JARVIS CHANG PLLC
2025 First Ave Suite 830
Seattle, WA 98121
T: (206) 769-1772

RESPECTFULLY SUBMITTED August 10, 2016.

s/ Harry Williams IV
Harry Williams IV, WSBA No.
Law Office of Harry Williams LLC
707 East Harrison
Seattle, WA 98102
harry@harrywilliamslaw.com
206.769.1772

s/ Kenneth Chang
s/ Zachary Jarvis
Kenneth Chang, WSBA No. 26737
Zachary Jarvis, WSBA No. 36941
Hart Jarvis Chang PLLC
info@hartjarvischang.com
Attorneys for Plaintiff

MARK LINDQUIST
Prosecuting Attorney

s/ ALICIA M. BURTON
ALICIA M. BURTON
State Bar Number 29285
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Ph: (253) 798-3612 / Fax: 253-798-6713
Email: aburton@co.pierce.wa.us
Attorneys for Defendants

Johnson Graffe Keay Moniz & Wick LLP

s/ Christopher Keay
Christopher Keay
2115 N 30th, Ste 101
Tacoma, WA 98403
253-572-5323
ckeay@jgkmw.com

*Attorney for Defendant Ilene Anderson*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**MOTION TO DISMISS - 3**               **HART JARVIS CHANG PLLC**
                                        2025 First Ave Suite 830
                                        Seattle, WA 98121
                                        T: (206) 769-1772

**CERTIFICATE OF SERVICE**

I certify that on August 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all defendants.

/s Harry Williams IV
Harry Williams IV, WSBA # 41020

MOTION TO DISMISS - 4

HART JARVIS CHANG PLLC
2025 First Ave Suite 830
Seattle, WA 98121
T: (206) 769-1772